**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOHEEB ODOFFIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI Mendota,<br><br>　　　　Respondent. | Case No.: 1:22-cv-01616 JLT HBK (HC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 11, 15) |

　　　　Toheeb Odoffin, a former federal inmate, is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　The magistrate judge issued Findings and Recommendations, recommending that Respondent's Motion to Dismiss be granted, and the Petition be dismissed as moot because Petitioner is no longer in BOP custody.  (Doc. 15.)  The Court served the Findings and Recommendations on all parties and notified them that any objections thereto were to be filed within 14 days after service.  (*Id.*)  Petitioner did not file objections, and the deadline for doing so passed.

　　　　According to 28 U.S.C. § 636 (b)(1)(C), the Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the

1

Court **ORDERS**:

1. The Findings and Recommendations issued on October 3, 2023 (Doc. 15), are **ADOPTED** in full.
2. Respondent's Motion to Dismiss (Doc. 11) is **GRANTED**.
3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED as moot**.
4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **October 19, 2023**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE